# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GILB RIVERA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 12-6622 |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY** | : | |

## ORDER

**AND NOW**, this 27th day of March, 2014, upon consideration of the Plaintiff's Brief and Statement of Issues in Support of Request for Review (Document No. 11), the defendant's response (Document No. 12), the Report and Recommendation of United States Magistrate Judge M. Faith Angell (Document No. 18), the Plaintiff's Objections to the Report and Recommendation (Document No. 19), and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. Plaintiff's objections to the Report and Recommendation of Magistrate Judge M. Faith Angell are **SUSTAINED** in part;

2. The Report and Recommendation of the Magistrate Judge is **NOT APPROVED** and **NOT ADOPTED**;

3. This case is **REMANDED**, pursuant to the fourth sentence of 42 U.S.C. §405(g), to the Commissioner for further proceedings consistent with the Memorandum Opinion issued this date.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE,  J.