**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **GILB RIVERA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  12-6622** |
| | : | |
| **MICHAEL J. ASTRUE** | : | |
| **COMMISSIONER OF SOCIAL** | : | |
| **SECURITY** | : | |

## JUDGMENT ORDER

**AND NOW**, this 27th day of March, 2014, in accordance with the Order dated March

27, 2014, remanding this case to the Commissioner (Document No. 21), it is **ORDERED**

that **JUDGMENT IS ENTERED** in favor of the plaintiff and against the defendant pursuant

to FED. R. CIV. P. 58.


                                                          /s/ Timothy J. Savage
                                                          TIMOTHY J. SAVAGE, J.